**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| FLEXIWORLD TECHNOLOGIES, INC., <br><br>*Plaintiff*, <br><br>v. <br><br>HISENSE VISUAL TECHNOLOGY CO., LTD., HISENSE INTERNATIONAL CO., LTD. AND HISENSE INTERNATIONAL (HONG KONG) AMERICA INVESTMENT CO., LTD., <br><br>*Defendants*. | Case No. 2:22-CV-00225-JRG <br>           2:22-CV-00227-JRG <br>           2:22-CV-00228-JRG <br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF GEORGIA AND CANCEL SCHEDULING CONFERENCE**

Plaintiff Flexiworld Technologies, Inc. ("Flexiworld") and Defendants Hisense Visual Technology Co., Ltd.; Hisense International Co. Ltd.; and Hisense International (Hong Kong) America Investment Co., Ltd. (collectively "Hisense") (together "the Parties") request that this Court transfer the above-captioned case to the Northern District of Georgia.  Hisense USA Corporation ("Hisense USA"), the United States affiliate of Hisense, is headquartered in the Northern District of Georgia.  The Parties stipulate that transfer is appropriate pursuant to 28 U.S.C. § 1406.

The Parties further stipulate that, following transfer, Flexiworld may file an amended complaint adding Hisense USA as a party and that this filing does not extinguish Flexiworld's amendment of right under Federal Rule of Civil Procedure 15(a)(1).

Hisense USA further agrees that its deadline to file *inter partes* review, as calculated under 35 U.S.C. § 315(b), shall be July 15, 2023, the same date previously stipulated and agreed to by the other Defendants.

| | |
|---|---|
| Dated: October 6, 2022 | Respectfully submitted, |
| **PERKINS COIE LLP** | **NELSON BUMGARDNER CONROY PC** |
| /s/ *Matthew C. Bernstein* | /s/ *Timothy E. Grochocinski* |
| Matthew C. Bernstein<br>CA State Bar No. 199240<br>MBernstein@perkinscoie.com<br>Patrick McKeever (*Pro Hac Vice*)<br>PMcKeever@perkinscoie.com<br>Wei Yuan (*Pro Hac Vice*)<br>WYuan@perkinscoie.com<br>PERKINS COIE LLP<br>11452 El Camino Real, Suite 300<br>San Diego, CA 92130-2080<br>Telephone: (858) 720-5700<br>Facsimile: (858) 720-5799 | Timothy E. Grochocinski<br>Illinois Bar No. 6295055<br>tim@nelbum.com<br>Charles Austin Ginnings<br>New York Bar No. 4986691<br>austin@nelbum.com<br>15020 S. Ravinia Avenue, Suite 29<br>Orland Park, Illinois 60462<br>Telephone: (708) 675-1974<br><br>*Attorneys for Plaintiff Flexiworld Technologies, Inc.* |
| R. Tyler Kendrick<br>Texas Bar No. 24097929<br>rkendrick@perkinscoie.com<br>1201 Third Ave., Suite 4900<br>Seattle, WA 98101<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000 | |
| *Attorneys for Defendants* | |

## CERTIFICATE OF CONFERENCE

I certify that I conferred via email with lead counsel for Flexiworld concerning this joint motion and have authority to file this joint motion on both parties' behalf.

>   /s/ *Matthew C. Bernstein*
>   Matthew C. Bernstein

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 6th day of October, 2022.

/s/ Matthew C. Bernstein
Matthew C. Bernstein